[No. 2828-1.   Division One.   July 21, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. RODGER S. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 6386, Alfred O. Holte, J., entered February 13, 1974. *Affirmed as modified* by unpublished opinion per Williams, C.J., concurred in by James and Callow, JJ.